## Case No. 2,255.

### BUTTON v. BUTLER.

[The case reported under above title in 15 Int. Rev. Rec. 98, is the same as Case No. 1,-903.]